UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

WINSTON LEVY,

        Plaintiff,                                JUDGMENT

        v.                                      19-CV-0769 (MKB)

J.P. MORGAN CHASE BANK, N.A.;
U.S. BANK, N.A. *not in its individual capacity,
but soley as Trustee for the RMAC Trust, Series 2016-CTT*;
ASHOUR FUTURE, INC.; KOUROSH ASHOURZADEH
*individually*; BNH FIVE PACK LLC; RIMBAMBITTO LLC;
NY STATE DEPARTMENT OF TAXATION AND FINANCE,

        Defendants.
------------------------------------------------------------ X

        An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on April 19, 2019, dismissing this case without prejudice; it is

        ORDERED and ADJUDGED that this case is dismissed without prejudice.

Dated: Brooklyn, NY                                                  Douglas C. Palmer
April 19, 2019                                                      Clerk of Court

                                                                                  By: */s/Tiffany Campbell*
                                                                                    Deputy Clerk